IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JEFFREY S. MILAM, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:07-CV-22 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
| Defendant | * |

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 5, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 11th day of January, 2008.

                                                      /s/ Clay D. Land
                                                          CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE